EASTERN DIST.
*June,* 1835.

GARRITSON
*vs.*
HIS CREDITORS.

## GARRITSON *vs.* HIS CREDITORS.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

When the appellant brings up his case without furnishing any legal means by which it can be examined on its merits, it will be dismissed.

In this case, Baxter & Hicks took a rule on Jedediah Leeds, syndic of the creditors of the ceding debtor, to show cause why he should not pay over to them, as privileged creditors, the sum of one thousand four hundred and twenty-one dollars, being the net proceeds of the sale of the steam-boat Red Rover, in conformity with the decree of the Supreme Court. See 7 *Louisiana Reports.*

On hearing the parties, the rule was made absolute, and the syndic ordered to pay over said funds accordingly. The syndic appealed.

*Carleton and Lockett,* for the appellant.

*Hennen, contra.*

*Bullard, J.,* delivered the opinion of the court.

When the appellant brings up his case, without furnishing any legal means, by which it can be examined on its merits, it will be dismissed.

This appeal is brought up without any statement of facts, or certificate of the judge, or the clerk, as required by law, and there is no assignment of errors nor bill of exceptions. The appellant has not furnished us with any legal means by which we can test the correctness of the judgment rendered in the court below.

It is, therefore, ordered, that the appeal be dismissed, with costs.